In The United States District Court
For The Eastern District of Virginia

Richmond Division

United States of America

v.                                          Criminal No. 3:11-CR 080 JAG

Francis Curtis Davis

## MOTION TO WITHDRAW GUILTY PLEA

Comes Now Francis C. Davis, Defendant, Pro Se pursuant to Fed. Rules. Criminal. P. 11(d)(2)(B) respectfully to move this Honorable Court to withdraw the defendants plea of guilty. The defendant has filed A MOTION TO APPOINT NEW COUNSEL based on the Ineffective assistance of Counsel the defendant submits pursuant to USCA Const. Amend. 6 the Plea Agreement was involuntary and therefore a valid basis for withdrawing the Guilty Plea.

Respectfully Submitted on this 6th day of March 2012

/s/ Francis

Francis C. Davis, Pro Se
Defendant
Northern Neck Regional Jail
P.O. Box 1060
Warsaw Va 22572

### Certificate of Service

I hereby certify that on March 6, 2012 a true copy of the foregoing MOTION TO WITHDRAW GUILTY PLEA was mailed postage pre-paid to the following:

Angela Mastandrea-Miller, Esq.
U.S. Attorney's Office
600 E. Main st, 18th floor
Richmond Virginia 23220