In The United States District Court
For The Eastern District of Virginia

Richmond Division

F I L E D
MAR - 9 2012
CLERK, U.S. DISTRICT
RICHMOND VA

United States of America

v.                                    Criminal No. 3:11-CR-080 JAG

Francis Curtis Davis

## Defendant's Motion To Appoint New Counsel

COMES NOW Francis C. Davis, Defendant, Pro Se to respectfully move this honorable Court to appoint New counsel pursuant to the General Provisions of 18 USCA 3007 Ch. 201 which insures defendants right to adequate representation.

Francis C. Davis, Pro Se
Defendant
Northern Neck Regional Jail
P.O. Box 1060
Warsaw, Va 22572

Certificate of Service

I hereby certify that on March 6, 2012 a true copy of the foregoing MOTION TO APPOINT NEW COUNSEL was mailed postage pre-paid to the following:

Angela Mastandrea-Miller, Esq.
U.S Attorney's Office
600 E. Main St., 15th Floor
Richmond, Virginia 23220

Francis Curtis Davis, Pro Se
Defendant