In The United States District Court
For The Eastern District of Virginia

Richmond Division

United States of America

v.                                                    Criminal No. 3:11-CR-080 JAG

Francis Curtis Davis

Defendant's Brief in Support of Motion
to Appoint New Counsel

COMES NOW Francis C. Davis, Defendant Pro Se to respectfully move

this Honorable Court to appoint new counsel pursuant to the General

Provisions of 18 USCA 3007 Ch. 201 which Insure Defendants right

to Adequate Representation and in support there of, pleads as

follows:

1. The Court heard Oral Argument on December 16, 2011
on defendants pro se letter The Court construed as a motion.
After Inquiry into the reasons for the defendants request for
new counsel The Court extended the deadline to file motions. The

defendant expressed concerns that counsel for defendant, Michael B. Gunlicks, whether by commision or omission failed to contact defendant prior to the Courts original deadline to file motions in anticipation of trial and following this same pattern of negligence Counsel again failed to file an agreed upon motion challenging Hobbs Act jurisdiction issues allowing the new deadline to expire. Mr. Gunlicks blamed this lapse on his Christmas vacation.

2. The defendant's pro se letter/motion detailed several concerns about counsels behavior that were not addressed during oral argument on 12·16·2011. In the defendants pro se letter/motion defendant that these concerns if allowed to accumulate would possibly and have now taken fruition adversely effecting the defence resulting in a plea agreement the defendant clearly stated that Mr. Gunlicks sought from the onset without self-admitted knowledge of all or any of the circumstances or facts surrounding the accusations of the indictment. The defendant submits that these concerns have compounded and continued without obstruction as again counsel is unavailable to communicate defendants troubling concerns.

3. The defendant submits that Mr. Gunlicks has been Ineffective, by his own admission, as counsel for the defendant through unethical, unreasonable behavior, practices and decisions that any competent attorney would object to. While defendant has maintained his innocence and his desires to exhaust every means to prove his innocence through the duration of this process Mr. Gunlicks self admittedly acknowledged not making any active preparations for trial prior to his urging, coercing and compelling he argued against the government with with the same enthusiasm

in defendants Motion to Supress Statements in the sole motion counsel filed without consulting or recieving the consent of the defendant.

Wherefore the defendant pray that this honorable Court find that for the afore-mentioned reasons, as well for other reasons the defendant can expound upon if granted an oral hearing on this motion, grants this Motion to appoint new counsel and any other further relief as this Court deems appropriate.

Respectfully Submitted, this 6th day of March, 2012

Francis C. Davis, Pro Se,

Defendant.

Francis C. Davis

Northern Neck Regional Jail

P.O. Box 1060

Warsaw Va 22572

## Certificate of Service

I hereby certify that on March 6th, 2012 A postage pre-paid copy of the foregoing Motion to Appoint New Counsel was mailed to:

Angela Mastandrea-Miller, Esq.

US. Attorney's Office

600 E. Main St. 18th Floor

Richmond Va 23220

Francis C. Davis, Pro Se,

Defendant