IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

v.　　　　　　　　　　　　　　　　　　Criminal Action No. 3:11-cr-00080

FRANCIS CURTIS DAVIS
　　　　　Defendant.

## ORDER

THIS MATTER is before the Court on the defendant's *pro se* motion to withdraw his guilty plea (Dk. No. 22) and the defendant's *pro se* motion to appoint new counsel (Dk. No. 24).

Having heard oral argument on these motions, the Court hereby GRANTS the defendant's *pro se* motion to appoint new counsel. The Court FINDS that the motion is justified by the irreparable breakdown in communication between the defendant and defense counsel, which prevents defense counsel from continuing in his representation of the defendant.

The Court shall furthermore take under advisement the defendant's *pro se* motion to withdraw his guilty plea. Before making a ruling, the Court shall first allow the defendant to confer with newly appointed defense counsel and decide whether to withdraw or proceed with the motion.

It is so ORDERED.

The Clerk is directed to send a copy of this Order to all counsel of record.

Date: April 17, 2012
Richmond, VA

　　　　　　　　　　　　　　　　/s/ John A. Gibney, Jr.
　　　　　　　　　　　　　　　　John A. Gibney, Jr.
　　　　　　　　　　　　　　　　United States District Judge