United States District Court
Eastern District of Virginia
Richmond Division


FILED
JUL 11

United States of America

v.   CASE NO. 3:11CR0080

Francis C. Davis

Defendants Motion to Amend the Record
and all further Orders of this Court

Comes Now Francis C. Davis, Defendant, Pro se to respectfully move this honorable Court to amend the record and all further orders of this Court to reflect the defendants change of name after applying and complying with the requirements of Subsection B of the Virginia Code § 8.01-217 and having legally changed his name for Religious purpose in pursuit of Religious freedoms. (Please see Attachment A.)

_____
Francis C. Davis
NNRJ
P.O. Box 1060
Warsaw Va 22572

# ORDER FOR CHANGE OF NAME (ADULT)

Case No. CL12000077-00

Commonwealth of Virginia    VA. CODE §§ 8.01-217, 20-121.4

VIRGINIA: In the Circuit Court of the [ ] City [x] County of RICHMOND COUNTY

*In re:* NAME CHANGE OF FRANCIS CURTIS DAVIS, JR. TO ABDUL-MALIK LBNFRANCIS AS-SALAFI, applicant

This day came the applicant having filed his/her verified application requesting the change of his/her name from

FRANCIS CURTIS DAVIS, JR.
FIRST         MIDDLE         LAST         SUFFIX

to

ABDUL-MALIK LBNFRANCIS AS-SALAFI (corrected 6/27/12)
FIRST         MIDDLE         LAST         SUFFIX

Additional former name(s) of the applicant: ___

The applicant's address is: P.O. BOX 1060, WARSAW, VA 22572

[x] The Court finds that the applicant
    [x] has been convicted of a felony and is
        [x] presently incarcerated
        [ ] a probationer of the ................................................. Court
    [ ] does not have an abode
    but good cause exists for the application in that ................

[x] The Court finds that
    [x] the application complies with the requirements of subsection B of Virginia Code § 8.01-217,
    [ ] a motion was made pursuant to Va. Code § 20-121.4 incident to divorce,
    the change of name is not sought for any fraudulent purpose, and the change of name would not otherwise infringe upon the rights of others.

Accordingly, it is ADJUDGED and ORDERED that

[x] The applicant's name is hereby changed, effective this date, to ABDUL-MALIK LBNFRANCIS AS-SALAFI (corrected 6/27/12)

[x] The Clerk of this Court shall forthwith spread this Order upon the current deed book, indexing the order in both the old and new names.

[x] The Clerk of this Court shall further transmit a certified copy of this Order and the application to the State Registrar of Vital Records and to the Central Criminal Records Exchange.

[ ] This change of name is granted incident to a divorce and the Clerk shall not transmit any copy of this Order to the Registrar of Vital Records or to the Central Criminal Records Exchange.

[ ] Public recording of the name change would pose a serious threat to the health or safety of the applicant/applicant's family and the record of this cause is hereby Ordered sealed. The Clerk shall not spread or index this Order and shall not transmit any copy of this Order to the Registrar of Vital Records or to the Central Criminal Records Exchange.

[ ] The application for change of name is hereby denied and this cause is dismissed.

Entered this 19 day of JUNE, 2012

_____
JUDGE

A TRUE COPY
RICHMOND COUNTY CIRCUIT COURT
TESTE: ROSA S. FORRESTER, CLERK
BY: _____ DEPUTY
DATE: 6/27/12

FORM CC-1412 MASTER 05/10