**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**UNITED STATES OF AMERICA**

                                    Case No. 3:11CR080

**FRANCIS CURTIS DAVIS,**

    ...........................**Defendant.**

**NOTICE OF APPEAL**

    Defendant named above, by counsel, hereby gives Notice that he appeals to the United States Court of Appeals for the Fourth Circuit from all judgments of conviction entered on or about July 11, 2012.  The reporter responsible for the case has been contacted and financial arraignments are in order for preparation of the transcription of trial court proceedings.

                                                    Respectfully Submitted,
                                                    Francis Curtis Davis



                                                    By _____ /s/_____
                                                           Counsel

David R. Lett, Esquire
Virginia State Bar Number: 24108
Attorney for Francis Curtis Davis
700 East Main Street, Suite 1644
Richmond, Virginia 23219
Phone: (804) 788-0550
Fax: (804) 864-1931
Email**:** ugafan84@comcast.net

## CERTIFICATION OF SERVICE

I hereby certify that on this 12th day of July 2012, I will electronically file the foregoing Notice of Appeal with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Angela Mastandrea-Miller, Esquire
Assistant United States Attorney
600 East Main Street, 18th Floor
Richmond, Va. 23219
Phone: (804) 819-5400
Email: Angela.Miller3@usdoj.gov


By: _____/s/_____
Counsel


David R. Lett, Esquire
Virginia State Bar Number: 24108
Attorney for Francis Curtis Davis
700 East Main Street, Suite 1644
Richmond, Virginia 23219
Phone: (804) 788-0550
Fax: (804) 864-1931
Email: ugafan84@comcast.net